```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2023
```

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*


**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 15D
New York, 10007 NY
Tel: 212-805-0292

<u>**Re: Pena v. NY1 Transmissions Inc. et al**</u>
**Case #: 23-CV-05672 (AT)(SN)**
**Motion for Extension of Time, etc.**

Dear Judge Torres:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 30-day extension of the October 30, 2023, deadline for the parties to file a joint letter and proposed case management plan as per Your Honor's July 7, 2023, order. This request is being made because Defendants are currently in default. If no answer or appearance is filed within the next 30 days, Plaintiff will begin the default process.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC


 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*


GRANTED.  By **November 30, 2023**, the parties shall file a joint letter and proposed case management plan, or Plaintiff shall file a letter informing the court as to his intent regarding the prosecution of this action.

SO ORDERED.

Dated: October 31, 2023
     New York, New York

ANALISA TORRES
United States District Judge