UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ivan Pena,

                              Plaintiff,

          -against-

NY1 Transmissions Inc., and Motke Barnes,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/15/2023
```

23 Civ. 5672 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        By letter dated December 14, 2023, Plaintiff requested that the Court enter a default against
Defendants.  ECF No. 15.  Because the Clerk of Court had not yet issued certificates of default for
Defendants, Plaintiff's request was premature.  Plaintiff may now move for default in accordance
with Attachment A of the Court's Individual Practices in Civil Cases.

        SO ORDERED.

Dated:  December 15, 2023
        New York, New York

_____
        ANALISA TORRES
    United States District Judge