```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/12/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ivan Pena,

                Plaintiff,

-against-                            23 Civ. 5672 (AT)

NY1 Transmissions Inc., and Motke Barnes,      **ORDER**

                Defendants.

ANALISA TORRES, District Judge:

        On December 30, 2023, Plaintiff filed proposed clerk's certificates of default and a declaration in support. ECF Nos. 15–18. The Clerk of Court issued certificates of default on December 14, 2023. ECF Nos. 20–21. On December 15, 2023, the Court informed Plaintiff that he could move for default. ECF No. 22.

        By **April 1, 2024**, Plaintiff shall either move for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

        SO ORDERED.

Dated: February 12, 2024
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge