USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/31/2024_

# Abdul Hassan Law Group
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**             Tel: 718-740-1000
Email: abdul@abdulhassan.com       Fax: 718-740-2000
*Employment and Labor Lawyer*      Web: www.abdulhassan.com

May 30, 2024

**Via ECF**

Hon. Analisa Torres, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 15D
New York, 10007 NY
Tel: 212-805-0292

           **Re: Pena v. NY1 Transmissions Inc. et al**
               **Case #: 23-CV-05672 (AT)**
               **Motion for Extension of Time**

Dear Judge Torres:

      My firm represents plaintiff Ivan Pena ("Plaintiff"), in the above-referenced action, and I respectfully write, with the consent of all parties, to request a brief one-week extension of the June 1, 2024 deadline for the parties to respond to the Court's April 23, 2024 Order. This request is being made because the parties recently attended a mediation and need some additional time to finalize the joint submission. No prior request for an extension of this deadline was made.

      I thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

           GRANTED.

           SO ORDERED.

           Dated: May 31, 2024
                 New York, New York

                                              ANALISA TORRES
                                              United States District Judge