UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IVAN PENA,

                              Plaintiff,

             -against-

NY1 TRANSMISSIONS INC. and MOTKE
BARNES,

                            Defendants.

------------------------------------------------------------X

23-CV-05672 (AT)(SN)

ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 7/2/2024

**SARAH NETBURN, United States Magistrate Judge:**

      During the conference on June 20, 2024, the parties were directed to submit a letter by June 28, 2024, updating the Court on the status of the money Plaintiff received from the Defendants. The parties were also directed to include a proposed Civil Case Management Plan and Scheduling Order. To date, the parties have not made any submissions. Accordingly, the parties are directed to file a status letter by July 3, 2024.

SO ORDERED.

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     July 2, 2024
                New York, New York